UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05CR 10070 MEL
)
) Violations:
) 18 U.S.C. §§ 1546 and 2
SHANG HUA LU, )
    Defendant. )

**INFORMATION**

The United States Attorney charges that:

From on or about September 2, 1998 until in or about May 9, 2001, in the District of Massachusetts,

SHANG HUA LU

aided and abetted by others, did knowingly cause, induce, aid and abet an illegal alien, namely Liang Hui Zeng, to possess documents prescribed by statute and regulation for entry into the United States, *i.e.*, I-512 Notice of Advance Parole, knowing said document to be falsely made, and to have been otherwise unlawfully obtained.

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

                    Respectfully submitted,
                    MICHAEL J. SULLIVAN
                    United States Attorney
              By:   _____
                    Laura J. Kaplan
                    Assistant U.S. Attorney

**JS 45 (5/97) - (Revised USAO MA 1/1/05)**

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

05 CR 10070 MEL

- Place of Offense: Boston
- Category No.: ___
- Investigating Agency: BICE
- City: Boston
- County: ___

**Related Case Information:**
- Superseding Ind./Inf.: ___   Case No.: ___
- Same Defendant ___   New Defendant ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

**Defendant Information:**
- Defendant Name: Shang Hua Lu    Juvenile: [ ] Yes   [x] No
- Alias Name: "Wah"
- Address: 38 School Street, Apartment 38, Westborough, MA 01581
- Birth date (Year only): 1971   SSN (last 4 #): 4839   Sex: m   Race: chinese   Nationality: Asian
- Defense Counsel if known: Thomas Drechsler, Esq.   Address: 50 Redfield Street, Boston, MA 02122
- Bar Number: ___

**U.S. Attorney Information:**
- AUSA: Laura J. Kaplan   Bar Number if applicable: ___
- Interpreter: [x] Yes [ ] No   List language and/or dialect: ___
- Matter to be SEALED: [ ] Yes [x] No
- [ ] Warrant Requested   [x] Regular Process   [ ] In Custody

**Location Status:**

Arrest Date: ___

- [ ] Already in Federal Custody as ___ in ___
- [ ] Already in State Custody ___   [ ] Serving Sentence   [ ] Awaiting Trial
- [ ] On Pretrial Release: Ordered by ___ on ___

Charging Document: [ ] Complaint   [x] Information   [ ] Indictment

Total # of Counts: [ ] Petty   [ ] Misdemeanor   [x] Felony   1

*Continue on Page 2 for Entry of U.S.C. Citations*

[ ] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 21, 2005    Signature of AUSA: *[signature]*

≋JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    05CR 10070 MEL

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant _____

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1546(a) | False Immigration Documents | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**