Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-10070(MEL) |
| ) | |
| SHANG HUA LU   ) | |

## WAIVER OF INDICTMENT

I, **SHANG HUA LU**, the above-named defendant, who is accused of knowingly causing, inducing and aiding and abetting an illegal alien to possess documents prescribed by statute and regulation for entry in the United States, knowing said document to be falsely made, and otherwise unlawfully obtained, in violation of 18 U.S.C. § 1546(a), on April 4, 2005, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on ___4/4/05___ prosecution by indictment and consent that
*(Date)*
the proceeding may be by information instead of by indictment.

_____
SHANG HUA LU

_____
THOMAS DRECHSLER, Esq.

Before: _____
Hon. Morris E. Lasker